provision" provides a sentence shall be "sufficient, but not greater than necessary, to comply with the purposes set forth in [3553(a)(2) ]." 18 U.S.C. § 3553(a). However, the maximum allowable sentence is the sentence established by the corresponding criminal statute. *See United States v. Duncan,* 400 F.3d 1297, 1303 (11th Cir.2005). Lazo's sentence is well under the statutory maximum of 20 years' imprisonment. *See* 8 U.S.C. § 1326(b)(2). It cannot be said that the district court fashioned a sentence that is greater than necessary to comply with the purpose of § 3553(a)(2).

The district court correctly calculated Lazo's Guidelines range, considered the § 3553(a) factors, and arrived at a sentence at the low-end of the advisory Guidelines range. We conclude that Lazo's sentence is reasonable.

**AFFIRMED.**

Before WILSON, PRYOR and COX, Circuit Judges.

PER CURIAM:

Alvin E. Entin, appointed counsel for Jeffrey Gadson, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED,** and Gadson's revocation of supervise release and sentence is **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeffrey Pat GADSON, Defendant–Appellant.**

**No. 06–15374**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 8, 2007.

Alvin E. Entin, Entin, Margules & Della Fera, P.A., FT Lauderdale, FL, for Defendant–Appellant.

**Larry ANDRIST, Plaintiff–Appellant,**

v.

**MEDICAL COLLEGE OF GEORGIA, Board of Regents of the University of Georgia, et al., Defendants–Appellants.**

**No. 06–14689.**

United States Court of Appeals,
Eleventh Circuit.

June 11, 2007.

John Paul Batson, Augusta, GA, for Plaintiff–Appellant.